# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERROL VICTOR, SR.

NO. 2019 KW 1123

NOV 1 2 2019

---

In Re:    Errol Victor, Sr., applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 19-WCR-501.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED.**

                            **VGW**
                            **JMG**
                            **WJC**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT